UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| VIKRAM SINGH,<br><br> Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br> Respondents. | No. 1:26-CV-036-H |

## JUDGMENT

For the reasons stated in the Court's order (Dkt. No. 5), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on February 3, 2026.

                    _____
                    JAMES WESLEY HENDRIX
                    UNITED STATES DISTRICT JUDGE